IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

      Plaintiffs,

vs.                                         **Case No. 1:12-cv-23803**

AVANTE INTERNATIONAL
TECHNOLOGY, INC.,

      Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and all parties that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with all parties to bear their own costs and attorneys' fees.

Dated:  November 20, 2012.                          Respectfully submitted,

                                                            /s/ William R. McMahon
                                                             William R. McMahon, Esquire
                                                              Florida Bar Number: 39044
                                                              McMahon Law Firm, LLC
                                                              11435 West Palmetto Park Road
                                                              Suite E
                                                              Boca Raton, Florida 33428
                                                             Telephone: 561-218-4300
                                                             Facsimile: 561-807-5900
                                                             E-Mail: bill@mlfllc.com
                                                             **Attorney for Plaintiffs**